IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARVEY SCOTT,                          :
                    Plaintiff,         :
v.                                     :     Case No. 3:20-cv-173-SLH-KAP
                                       :
JOHN WETZEL, *et al.*                  :
                    Defendants         :

### Memorandum Order

The claims at issue in this case are summarized on page 3 of Judge Haines's Memorandum and Order of April 19, 2022. Plaintiff's unopposed motion to compel at ECF no. 34 asks for items by category and not tethered to any particular claim, e.g. "all lab results for urinalysis and/or narcotics testing done on physical items," "all e-mails related to any incident in the complaint," "plaintiff's medical files and reports, especially related to injuries sustained in Complaint." Other requests are for confidential or irrelevant documents, e.g. those in ¶¶2, 9, 10, 12.

The motion to compel is granted as follows: discovery is reopened for the limited purpose of responding to the plaintiff's request for production sent to previous counsel in October 2022. If discovery matters were not addressed in the deposition of the plaintiff requested previously, plaintiff and current counsel need to confer about what discovery is properly sought given the claims in this case.

If there is a live dispute about discovery the parties shall then submit it. If not, the matter will be ready for trial once the parties file their pretrial statements as scheduled.

DATE:   January 25, 2023            _____
                                    Keith A. Pesto,
                                    United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Harvey Scott, Jr.  MT-4764
S.C.I. Phoenix
P.O. Box 244
1200 Mokychic Rd.
Collegeville, PA 19426