IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARVEY SCOTT,        :
    Plaintiff,    :
v.                   :   Case No. 3:20-cv-173-SLH-KAP
                     :
JOHN WETZEL, *et al.* :
    Defendants   :

## Memorandum Order

The final pretrial schedule is as follows:

Any motions for summary judgment shall be filed on or before November 30, 2023, with responses due on or before December 30, 2023. If no motions are filed, plaintiff's pretrial statement shall be filed on or before December 15, 2023, with defendants' due on or before January 15, 2024.

DATE:  October 5, 2023

                                       Keith A. Pesto,
                                       United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

    Harvey Scott, Jr.  MT-4764
    S.C.I. Phoenix
    P.O. Box 244
    1200 Mokychic Rd.
    Collegeville, PA 19426