IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARVEY SCOTT,         :<br>    Plaintiff,       :<br>  v.                      :<br>                     :<br>JOHN WETZEL, *et al.*    :<br>    Defendants     : | Case No. 3:20-cv-173-SLH-KAP |

<u>Memorandum Order</u>

After today's status conference with counsel, the following is set as the final pretrial schedule.

Discovery shall be completed by July 31, 2024. Since counsel are in the case, counsel are encouraged to resolve discovery disputes by calling my chambers and scheduling a conference rather than by filing motions.

If there is a desire on the part of any party to file a motion for summary judgment, such motion shall be filed on or before August 31, 2024, with responses due on or before September 30, 2024.

If no dispositive motions are filed, plaintiff's pretrial statement shall be filed on or before October 15, 2024, with defendants' due on or before October 31, 2024. The parties have expressed interest in judicial mediation after pretrial statements have been filed.

DATE:  April 18, 2024

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel